[No. 3900.]

ROBERTSON v. THE PEOPLE.

OPINION FOLLOWED.
This case is affirmed on the opinion in *Cardillo v. The People, ante,* p. 355.

*Error to the County Court of Pueblo County.*

Messrs. ARRINGTON & MCALINEY and Messrs. C. E. & F. HERRINGTON, for plaintiff in error.

The Attorney General and Mr. CALVIN E. REED, Mr. G. H. THORNE and Mr. DAN B. CAREY, for the people.

PER CURIAM. This case, in its facts and the law applicable thereto, in no essential respect differs from *Cardillo v. The People, ante,* p. 355, decided at this term. The decision there governs here, and the judgment of the district court is accordingly affirmed.

*Affirmed.*